## Commonwealth v. Karpinski, Appellant.

Argued March 19, 1970. *David B. Fitzgerald*, Public Defender, for appellant; *Paul W. Tressler*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Keeler, Appellant.

Submitted March 17, 1970. *John R. Gates*, and *Henry, Corcelius & Gates*, for appellant; *Newton C. Taylor*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.